■ LUDMILLA HUNTER, Appellant, v. ALLAN B. HUNTER et al., Respondents. — Order entered on October 17, 1960, as enjoins plaintiff and her attorneys from proceeding with an action brought against the defendants in the Superior Court of the State of Connecticut, County of Fairfield, and as vacates a notice of discontinuance of the within action, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ JOSEPH R. WOLFSON et al., Appellants, v. ARNOLD A. MANDELL et al., Defendants, and NATHAN SHAPIRO et al., Respondents.— Order entered on October 14, 1960, granting purported defendants-respondents' motion to drop Nathan Shapiro and Berthold H. Hoeniger as parties defendant, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Order entered on November 3, 1960, denying plaintiffs-appellants' motion to join Nathan Shapiro and Berthold H. Hoeniger as parties defendant in the above-entitled action, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ HANNA DOWNEY et al., Respondents, v. MANHATTAN CENTER, INC., Appellant.— Order entered on August 4, 1960, denying defendant's motion to dismiss the complaint for lack of prosecution, unanimously reversed, with $20 costs and disbursements to appellant, and defendant's motion to dismiss the complaint for failure to prosecute granted, with $10 costs. The record fails to establish any reasonable basis for excusing the inordinate and unwarranted delay in the prosecution of the action. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ FRANK TORRES, Appellant, v. ALMACENES HERNANDEZ CORPORATION et al., Respondents.— Order and judgment unanimously affirmed, with costs to the respondents, without prejudice to a renewal of the motion to open plaintiff's default and to restore the cause to the Trial Calendar upon plaintiff furnishing a proper affidavit of merits. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ BIBLETONE RECORDS, INC., Respondent, v. VAN KAMPEN PRESS, INC., Defendant, and HITCHCOCK PUBLISHING Co., INC., Appellant.— Order entered on October 25, 1960, denying defendant-appellant's motion to set aside the service of the summons herein, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ ANGELINA RAPPA, Respondent, v. NICHOLAS RAPPA, Appellant.— Order entered on August 23, 1960, denying defendant's motion to vacate the interlocutory judgment entered herein and to permit defendant to appear and defend in the said action, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ IRVING M. SCHWARTZ, Doing Business as ACME TRADING COMPANY, Appellant, v. COLORFILM, INC., Respondent, et al., Defendants.— Appeal from order entered on June 29, 1960, granting defendant-respondent's motion to dismiss the complaint for lack of prosecution, unanimously dismissed, without costs. No opinion. Order entered on September 15, 1960, denying plaintiff's motion for a rehearing upon additional papers of defendant Colorfilm, Inc.'s, motion to dismiss the complaint for lack of prosecution, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.